**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**Scott Marcel Boyér**

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

RAYMOURS FURNITURE COMPANY INC

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**Complaint for Employment Discrimination**

Case No. _____
_(to be filled in by the Clerk's Office)_

Jury Trial:  ☒ Yes  ☐ No
_(check one)_

**RECEIVED**

MAY 1 6 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

2

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Scott Marcel Boyér |
| Street Address | 109 S Burnt Mill Road |
| City and County | Voorhees, Camden County |
| State and Zip Code | New Jersey, 08043 |
| Telephone Number | 856-449-2774 |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Raymour & Flanigan Company Inc |
| Job or Title (if known) | Corporate Headquarters |
| Street Address | 7248 Morgan Rd |
| City and County | Liverpool, Onondaga County |
| State and Zip Code | New York, 13090 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

3

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 3

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Raymour & Flanigan Distribution Center |
| Street Address | 341 Swedesboro Ave, |
| City and County | Gibbstown, Gloucester County |
| State and Zip Code | New Jersey, 08027 |
| Telephone Number | 856-423-4884 |

4

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

 Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

 Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

 Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

 Other federal law *(specify the federal law)*: **Sexual Harassment Title VII of the Civil Rights Act of 1964; Retaliation and Coercion 42 U.S. Code 12203**

 Relevant state law *(specify, if known)*:
Hostile Work Environment, The New Jersey Law Against Discrimination (NJLAD)

☐ Relevant city or county law *(specify, if known)*:



## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## STATEMENT OF CLAIM

1st.    8/05/20201 - Captured on bodycam video – Report Joanna for threatening accusation at the yard and offsite and Theodore for cursing me calling me a Mother Fucker. All reported to Rich Allen; Zach, one of the supervisors trying to discipline Mr. Boyér for Theodore cursing at Mr. Boyér. Show Rich Allen the intire video of Joanna, Theodore and Zach, nothing was done. Theodore was leaving the tractor we shared with trash, nasty yellowed snot rags on the set or dash. He did this until I was terminated. I reported him almost weekly with pictures sent to Rich Allen and HR.

2nd.    08/07/2020 - Email to Rich Allen and Karen Dromgoole (HR) to report this to Human Resources, nothing was done.

3rd.    08/11/2020 - Joanna pulled her pants from herself and said look down my pants trying to show me her vagina while we were standing in front of the warehouse door at the warehouse. Reported this to Rich Allen, he said, "OK, Thanks". Captured on bodycam video. Sent the video to Rich Allen and Karen Dromgoole (HR) of Joanna saying she told a room full of Big Black Men to pour Ice down her pants. Sent video to Rich Allen and Karen Dromgoole of Joanna  - showing me her panties. Same video - Joanna touching me claiming she is pulling my wife hair off of my back.

4th.    08/13/2020 - Captured on bodycam video - Came to my tractor and snatched my tractor door open and yelled out, "Give me all your money Mother Fucker". Reported this to Rich Allen, our manager and showed him the video.

5th.    08/26/2020 - Captured on bodycam video - Joanna, night shift does whatever the fuck they want; Captured on bodycam video - fucking trailer, video – stick trailers up my ass.

6th.    09/01/2020 - Captured on bodycam video Reported Joanna again for lewd innuendo to Rich Allen at 10:37 AM. I had my bodycam on in my jacket and recorded me telling Rich Allen what Joanna said to me, he said, "OK, Thanks". Rich Allen Denied Scott Boyér ever reported Joanna in the meeting

1

with HR on 09/17/2020.

7th.    09/10/2020 - Email to Rich Allen, Joanna grab/palmed Mr. Boyér's ass and part of his lower back, and caused him pain, since he has a long large scare from a Lumbar Fusion.

8th.    09/29/2020 - Joann Iko, supervisor who was harassing and making my job a hostile work invironment with Joanna Stephens. Joann Iko put a note on the bathroom door in the office so I wouldn't use the bathroom. "Please Use Men's Restroom Downstairs, Thank You".

9th.    10/27/2020 - Reported Joanna for recruiting new boyfriend John and a NN manager to retaliate on Mr. Boyér from NN side of building. Rich Allen had a false report on Mr. Boyér. Rich Allen spoke to Mr. Boyér, and Mr. Boyér eyes filled with tears and told Rich Allen, he wanted to filled a complaint to corporate and I was going to sue. At 4:45 PM. Sylvia Ranger, supervisor was a witness to all of this. Sylvia witness knows a lot of what happened to me. And HR did NOT put her true statements in their report, they lied on Sylvia Granger.

10th.  10/28/2020 - Jonna approach me as she always done, I've NEVER approached her at anytime while working. Told Joanna to Stay away from me. She called Rich Allen and told him I won't talk to her. Rich Allen called Mr. Boyer's phone at 5:31 AM - 00:01:43 minutes and told him he HAD to talk to Joanna. I told him on that call, you are forcing me to work with this woman that I have reported for sexual harassment, but you told her she isn't allowed to work with or talk to Freddy or Tony for harassing them, but you are making me work with her, you have made this a Hostile Work Environment.

11th.  11/23/2020, sent email to Rich Allen about what Joann Iko did not help me get back to the warehouse. I got locked out of my tractor, called Joann Iko and ask her to send someone to let me into my tactor. He told me a driver was on his way. That was 4 hours later. I called her repeatedly asking when and how close. I didn't believe her anymore so I called Sylvia Ranger, who was off that day and she gave me the drivers phone number. Joann Iko lied about the driver and had me sit there knowing I had to get home to my wife's 83 year old aunt whom when I got home around 7pm, she was on the floor

2

with the microwave down on top of her and she was there on the floor for hours because, Joann Iko wanted to teach me a lesson.

12th. 01/20/2021, at 5:00 AM Joanna Stephens made another sexual inappropriate lewd remake about her tits and ass. later that day, Theodore cursed at me as I was driving by his tractor. I reported this to Rich Allen. Joann Iko started taking my assigned tractor from me and given me filthy nasty drity tractors and I reported her to Rich Allen and I request Human Resources from Corporate in NY. I was given the run around. I called out of work because I was having panic attacks and could not stop going to the bathroom.

13th. 02/16/2021, had a 3 hour meeting with HR. They started the meeting off with me by saying I through their co-worker Karen Dromgoole under the bus. The meeting was not about my sexual harassment complaint again, this time they investigated me and not my sexual harassment complaints. I was told to, "Get over it, move on with your life, and stop living in the past, there was no Sexual Harassment". This came from Kate Curilo Head of HR. I was sitting in that meeting crying at the age of 55. Told me to go back to work and let them worry about Joann, Joanna, and Theodore.

14Th. 02/17/2021, Joanna drove so close to my tractor and trailer after I just parked on the front curb, it startled me and she drove by very slowly so I could see her, she smile and stuck her tongue at me tauntiing me basically saying she's not going anywhere. all of this was captured on two of my camera's. My body came I had on me and my dash camera.

15th. 02/18/2021, I called out of work at 3:45 AM because I could not sleep and was having panic attacks again. My wife over heard me crying hysterically over the phone telling a supervisor what Joanna did to me. My wife gave me benadryl to go to sleep. Steve Orlando, a department manager called my phone, then called my wife phone since she was the emergency contact. My wife called him back, explain to him what happened to me and what she witness on the phone. At this point my wife had power of attorney over me because I was not in any condition to functions. She request that the company contact employee health for me, Steve say ok, he would have someone call. Then she requested a Cerified Mental Health Workers Compensation doctor. Steve Orlando, cut my wife off and said to her, he could no longer talk to her and hung up the phone on her. Ten minutes later,

3

he terminated me and made up a story even after they was served by the EEOC no 02/17/2021.

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Philadelphia District Office
801 Market St, Suite 1000
Philadelphia, PA 19107
(267) 589-9700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/16/2023

To: Mr. Scott M. Boyer
109 South Burnt Mill Road
VOORHEES, NJ 08043

Charge No: 530-2021-01616

EEOC Representative and email:    Legal Unit
(267) 589-9707

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

**Equal Pay** Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 530-2021-01616.

On behalf of the Commission,

Digitally Signed By: Karen McDonough
02/16/2023

Karen McDonough
Deputy District Director

Cc:
Neil A Rube
RAYMOUR & FLANIGAN
7248 MORGAN RD P O BOX 220
Liverpool, NY 13090

Kathryn H Merryweather
RAYMOUR & FLANIGAN
7248 MORGAN RD FIELD SUPPORT CENTER
Liverpool, NY 13090

Trista Rosen
7248 MORGAN RD P O BOX 220
Liverpool, NY 13090

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 530-2021-01616 to the District Director at Jamie Williamson, 801 Market St Suite 1000

Philadelphia, PA 19107.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

### NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- ✓ **Only one** major life activity need be substantially limited.

- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

- ✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.

- ✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

Enclosure with EEOC Notice of Closure and Rights (01/22)

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- ✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

- ✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

- ✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For moreinformation, consult the amended regulations and appendix, as well as explanatory publications, available at* http://www.eeoc.gov/laws/types/disability_regulations.cfm.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☒ Termination of my employment.

☒ Failure to promote me.

☒ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☒ Retaliation.

☒ Other acts *(specify)*: Sexual Harassment, Hostile Work Environment, Race, Color, Age, Sex

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s) 08/05, 07, 11, 13, 26/2020; 09/01, 09, 10, 17/2020; 10/27, 28, 11/23/2020; 01/20/2021 02/16/2021; 02/17/2021

C.    I believe that defendant(s) *(check one)*:

☒ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race _____

☒ color _____

☒ gender/sex _____

☐ religion _____

☒ national origin _____

☒ age. My year of birth is █████████. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☒ disability or perceived disability *(specify disability)*

I only have my small intestine from Gastric By-Pass. Had Colon Cancer 2014. Had a Hemicolectomy with the removal of 10. 5 inches of my Colon removed. This caused a serious condition called Small intestinal bacterial overgrowth (SIBO). uncontrollable diarrhea. Once inch more of my intestine removed and I would be wearing a colostomy bag for life my doctor explained.

6

E.    The facts of my case are as follows.  Attach additional pages if needed.

*See Attached EEOC Documents (6 pg)*

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*
**Thursday, February 16, 2023**

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒    60 days or more have elapsed.

☐    less than 60 days have elapsed.

7

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 530-2021-01616 |

| *New Jersey Division On Civil Rights* | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Scott M. Boyer** | **(856) 449-2774** | ▮▮▮▮ |

| Street Address | City, State and ZIP Code |
|---|---|
| **109 South Burnt Mill Road, Voorhees, NJ 08043** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **RAYMOUR & FLANIGAN DISTRIBUTION CENTER** | **500 or More** | **(856) 423-4884** |

| Street Address | City, State and ZIP Code |
|---|---|
| **341 Swedesboro Avenue, Gibbstown, NJ 08027** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☒ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-20-2021**   Latest **02-16-2021**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**See Attached.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| Date | Charging Party Signature |
|---|---|
| | |

**EEOC Form 5 (11/09)**
**THE PARTICULARS ARE:** (If additional paper is needed, attach extra sheet(s)):
**Corrections were made:** "The beginning statements were accidentally transposed".

I was hired by Respondent on or about October 13, 2018 as a Tractor Trailer Driver. On or about August 11, 2020, Joanna (Tractor Trailer Driver, Caucasian) told me that she asked a black supervisor to pour ice down her pants because she's hot. I made a complaint to Respondent but no action was taken. On or about September 1, 2020, Joanna pulled her pants away and told me to lookdown her pants. I rejected her advance and made a complaint to Respondent. Respondent did not take any corrective action. On or about September 9, 2020, Joanna grabbed my butt. I rejected her advances and made another complaint to Respondent and to Human Resources. Respondent failed to take corrective action. On or about January 20, 2021, Joanna told me her "nipples are as hard as a witches tit in a brass bra and the hairs on her ass are straight." I sent email January 23, 2021, another complaint to Respondent about the harassment continuing. Respondent took no corrective action. Throughout my tenure, Theodore Thomas (Tractor Trailer Driver) would make comments about black people 'should get off their ass and get a job instead of being on welfare. On or about January 20, 2021, Thomas yell "Fuck Black Lives Matter." Respondent failed to take corrective action. On or about February 16, 2021,

Respondent **Kate Cilurso VP of HR** informed me that I could not use offsite bathrooms because they believed I was following and stalking Thomas. I informed Respondent that I wasn't following Thomas and I was heading to the facility because I was given task to complete by Respondent, and because of my disability which requires me to use the bathroom more frequently than those without a disability. I requested to use the bathroom as an accommodation. On or about February 18, 2021, I called out of work at **3:42 AM**. **On Thursday, February 18, 2021,** my wife returned Respondent Lauren Durr from HR call and left a voice message, because they called her since she was listed as emergency contact.

**On Thursday, February 18, 2021, at 11:12 AM,** my wife called and spoke to Steve **Orlando, VP of Transportation & Distribution** and requested a **Workers Compensation Mental Health Doctor** for me. My wife explained, she overheard and witness me calling out of work hysterically crying because Joanna Stephans was taunting him Wednesday, February 17, 2021 morning, when he returned from Allentown, PA. Respondent said, **"I can no longer speak to you",** then ended the call. Respondent Steve Orlando discharged me. I did not know of this discharge until Saturday, February 20, 2021, by certified mail and standard mail. I learned of the email from reading the letter.

Steve Orlando discharged letter was emailed on **Thursday, February 18, 2021 at 11:22 AM, ten minutes after Respondent ended the call.** I allege that I have been discriminated due to my race (African American) and my sex in violation of Title VII of the Civil Rights Act of 1964, as amended. I further allege that I have been discriminated due to my disability in violation of the Americans with Disabilities Act of 1990, as amended.

Scott Marcel Boyér:

_Scott Marcel Boyér_
**Signature**

_Feb. 25, 2021_
**Date**

Please See Extra Attached Sheet w/ Corrections Pg 6 0f 6

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### PRE-CHARGE INQUIRY



For Official Use Only – Inquiry Number:
530-2021-01616

Thank you for contacting the U.S. Equal Employment Opportunity Commission ("EEOC"). The information you give us on this **Pre-Charge Inquiry** (Form 290A) will help us assist you and determine if your concerns are covered by the employment discrimination laws we enforce. Answer **all** questions completely and briefly. Please write clearly.

After completing this **Pre-Charge Inquiry, return it immediately** to the EEOC office identified in the cover letter to this **Pre-Charge Inquiry**, or to the receptionist if you are completing this **Pre-Charge Inquiry** in an EEOC office.

**Please note: This Pre-Charge Inquiry is not a Charge of Discrimination.**

The Pre-Charge Inquiry is not intended for use by applicants for federal jobs or employees of the US government. See http://www.eeoc.gov/federal/fed_employees/complaint_overview.cfm for discrimination complaints in federal jobs.

| | |
|---|---|
| **Personal Information** | First Name: **Scott**          MI:**M**    Last Name: **Boyer** <br><br> Home Phone: (**856** ) **449-2774** Cell: (**856** ) **449-2774** Email: **boyer325@gmail.com** <br><br> Address: **109 S Burnt Mill Road**                               Apt.: <br><br> City: **Voorhees**                County: **Camden** State: **NJ** Zip Code: **08043** <br><br> What is the best way to reach you? **Cell Phone** <br><br> What are the best days and times to reach you? **Friday's, Sunday's, and Monday's** <br><br> Do you need language assistance? Yes ☐  No ☒ <br><br> If so, what do you need? <br><br> Date of Birth: ▆▆▆▆▆         Sex:  Male ☒  Female ☐ <br><br> General information about you that will allow us to serve all individuals better: <br><br> i. Are you Hispanic or Latino? Yes ☐   No ☒ <br><br> ii. What is your race? Choose all that apply: American Indian or Alaskan Native ☐    Asian ☐ <br><br> Black or African American ☒    Native Hawaiian or Other Pacific Islander ☐    White ☐ <br><br> iii. What is your National Origin or ancestry? **American** |
| **Who do you think discriminated against you?** | Employer ☒     Union ☐    Employment Agency ☐    Other Organization ☐ <br><br> Organization Name: **Raymour & Flanigan Distribution Center** <br><br> Address: **341 Swedesboro Ave**                        Suite: <br><br> City: **Gibbstown**                County: **Gloucester** State: **NJ** Zip Code: **08027** <br><br> Name of Human Resources Director or Owner: **Kathryn Cilurso - VP of Human Resource** <br><br> Email: **KCilurso@raymourflanigan.com**              Phone: (**267** ) **229-5944** |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **Who do you think discriminated against you?**<br><br>**(continued)** | How many employees (estimated) does the organization have at all locations? Check one:<br><br>Less than 15 ☐    15-100 ☐    101-200 ☐    201-500 ☐    More than 500 ☒<br><br>Where you work(ed), or applied to work, if different from the organization address above:<br><br>Address: _____  Suite: _____<br><br>City: _____ County: _____ State: _____ Zip Code: _____ |
| **Why do you think you were discriminated against?** | I think I was discriminated against because of:<br><br>☒ Race – Your race: **African-American** _____<br><br>☒ Color – Your color: **Black/Brown** _____<br><br>☐ Religion – Your religion: _____<br><br>☒ Sex (including pregnancy, gender identity, or sexual orientation)<br><br>☐ National origin – Your national origin: _____<br><br>☐ Age (40 or older) – Your age at the time of the adverse employment action: _____<br><br>☐ Disability – Check all that apply:<br>　　☐ I have a disability<br>　　☐ I had a disability in the past<br>　　☐ I don't have a disability but I am treated as if I have a disability<br>　　☐ I am closely related to or associated with a person with a disability<br><br>The disability involved: _____<br><br>Is your employer aware of the disability? Yes ☐    No ☐<br><br>If yes, how? _____<br><br>☐ Genetic information, my family medical history, or my participation in genetic services like counseling, education or testing<br><br>☒ Retaliation – Check all that apply:<br>　　☒ I filed a charge of job discrimination about any of the above<br>　　☒ I contacted a government agency to complain about job discrimination<br>　　☒ I complained to my employer about job discrimination<br>　　☒ I helped or was a witness in someone else's complaint about job discrimination<br>　　☐ I requested an accommodation for my disability or religion<br><br>☐ None of the above – The reason for this inquiry: **Sexual Harassment, Discrimination** |
| **What happened to you that you think was discriminatory and when did it happen?** | EXAMPLES: I was denied an accommodation I needed to perform my job; I was fired because I was pregnant; I was laid off because of my age. State the date the action happened.<br><br>Date: ___/___/_____ _  Action: _____<br><br>_____<br><br>Date: ___/___/_____  Action: _____<br><br>_____<br><br>Name of Person(s) Responsible: _____ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| What reason(s) were you given for this job action? | Reason(s): _____<br><br>_____<br><br>Who told you this? _____   His or Her Job Title: _____ |
| --- | --- |
| **What is your job, previous job, or the job you applied for?** | Date Hired: __10__/__13__/__2018__  Job Title at Hire: **Tractor Trailer Driver**<br><br>Annual Pay Rate When Hired: **$24.00**   Last or Current Annual Pay Rate: $24.96 + .364 per mile<br><br>Job Title at Time of Alleged Discrimination: **Truck Driver**<br><br>Date Your Employment Ended: ___/___/_____  Select One:  Quit ☐  Discharged/Laid off ☐<br><br>Name and Title of your Immediate Supervisor: **Rich Allen**<br><br>Job Applicants – What was the title of the job you applied for: **Tractor Trailer Driver**<br><br>Date you applied: **09** / **16** / **2018**  Date you found out you were not hired: ___/___/_____ |

Was another person in the same or similar situation treated the same, better, or worse than you?
**EXAMPLES: Who else applied for the same job? Who else had the same attendance record? Who else had the same performance appraisal?**

| **Who was treated BETTER than you?**<br><br>Theodore Thomas has cursed me, I know it on my death too. I've reported him to Rich and nothing have been done. He's done it again on 01/20/2021 saying Fuck Black Lives Matter etc. Still these two people are wreaking havoc and chaos with me mainly and the other two guys. | 1. Name: **Joanna Stephans**   Job Title: **Tractor Trailer Driver**<br><br>Email: _____   Check how they are different from you:<br><br>Race ☒  Color ☒  Religion ☐  Sex ☒  National Origin ☐  Age ☒  Disability ☐<br><br>How were they treated better? Rich Allen allowed her to work with a medical boot on driving around in her car giving orders to me and 2 another minority drivers then let her ride on the passenger side of the tractor with another white driver with her feet on the dash  Date: Not / Sure / Of Dates<br><br>2. Name: **Theodore Thomas**   Job Title: **Tractor Trailer Driver**<br><br>Email: _____   Check how they are different from you:<br><br>Race ☒  Color ☒  Religion ☐  Sex ☐  National Origin ☐  Age ☒  Disability ☐<br><br>How were they treated better? Joann - Supervisor lets him sit in the office and drink coffee with her for hours after he clocks in. Then she would text me to do all types of tasks while he sat in front of her. Then he would stop work 2 1/2 hours before it time to leave and sit in the office again  Date: Everyday he works, all the time. |
| --- | --- |
| **Who was treated WORSE than you?** | Name: **Freddy**   Job Title: **Yard Jockey**<br><br>Email: _____   Check how they are different from you:<br><br>Race ☒  Color ☒  Religion ☐  Sex ☒  National Origin ☒  Age ☒  Disability ☒<br><br>How were they treated worse? When Freddy started training, Joanna was the trainer and would yell at him call him names and tell other people around the builder that he was old and retarded and slow because he had a stroke and he's 62. Joanna called another new driver calling him out his name and the new driver Tony told me and I told Rich the manager and he took the title Joanna and Theodore are no longer allowed to work or talk to Freddy for mistreatment |
| **Who was treated the SAME as you?** | Name: **Tony Lainie Singh**   Job Title: **Yard Jockey**<br><br>Email: **Phone #: 856-816-1616**   Check how they are different from you:<br><br>Race ☒  Color ☒  Religion ☒  Sex ☐  National Origin ☒  Age ☒  Disability ☐<br><br>How were they treated the same? Joanna and Theodore belittled and harassed Tony the same as they did Freddy, Joanna didn't sexually assault Tony or Freddy, but they called them out their name and cursed him to the point he finally told Rich and Joanna isn't allowed to work with him or talk to him  Date: ___/___/_____  Theodore cursed and called him names just the same as he did Freddy, and he's not allow to talk to him. Just bring trailers he needs for the setup for trailers to be loaded. I witness Joanna treat Tony like a Indian (Hindi) refugee and Freddy is Hispanic. |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| Are there any witnesses to any of the job actions taken against you? If yes, please provide their contact information and tell us what they will say. | 1. Name: **Sylvia Ranger** _____ Job Title: **Supervisor** _____ |
|---|---|
| | Email: _____ Phone: (**856**) **397-0670** |
| | What will they tell us? How Joann convince Rich Allen to take my seniority and change my schedule to give it to Theodore because Joann don't like me. Also, she witness me in tears because Rich said, Joann boyfriend John and his supervisor accused me of talking about her on the other side of the warehouse about Freddy tipping trailers and putting clock claims out of the wall and hitting other trailers. I looked at Rich and tears fell from my eyes and I said, Joanna is recruiting people now to help get me fired for reporting her to HR for sexual harassment. Sylvia was there. I told Rich they lied and go pull the camera and see who was talking to who. I've never hear anything |
| | 2. Name: **Justin -** _____ Job Title: **Transportation** |
| | Email: _____ Phone: (**609**) **781-5182** |
| | What will they tell us? If he remembers, I came into work that next morning on Tuesday, Nov. 24, 2020. Justin was still in the office and I began to explain to him what happened to me, at another warehouse called EE, how I got locked out of my tractor and I called Joann the supervisor for help to send someone to let me into my tractor. It was very windy, I called her four times, each time she told me Jerry, another driver was close. Waited for about 45 more minutes. it only takes 1 hour 10 minutes to this location. I asked her to send Joanns or Theodore. I sat there for 3 1/2 hours before Jerry let me into my tractor. Joann told him "Some Driver locked himself out, there's no rush he has to wait anyway. She sent Jerry to do other runs. Joann knew I had to get home to my 12 year old that was on oxygen with COVID she was on the floor hurt with a microwave door on top of her. I started tearing up in front of Justin. |
| **Have you already filed a charge on this matter with the EEOC?** | Yes ☒    No ☐

If yes:  Date you filed: **01 / 25 / 2021**    Charge Number: **I haven't been given one yet.** |
| **Have you filed a complaint on this matter with another agency?** | Yes ☐    No ☒

If yes:  Agency name: _____

Date you filed: ___/___/_____    Complaint Number: _____ |
| **Do you have someone representing you in this matter?** | Yes ☐    No ☒

If yes:  Attorney ☐    Union ☐    Other ☐

Name: _____    Date of Contact: ___/___/___

Email: _____    Phone: _____ |
| **Who can we contact if we are unable to reach you?** | Name: **Donna M Boyer** _____    Relationship: **Wife** _____

Address: **109 S Burnt Mill Road** _____ City: **Voorhees** State: **NJ** Zip Code: **08043**

Email: **boyer.dm@gmail.com** _____ Home Phone: **856** 357-7867  Cell: (**856**) 357-7867 |
| **Privacy Act Statement** | This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are: 1) EEOC PRE-CHARGE INQUIRY, FORM 290A, ISSUED OCTOBER 2017. 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. §12117(a). 3) PRINCIPAL PURPOSE. The purpose of this form is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge counseling, if appropriate. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's assessment of your situation. It is not mandatory that this form be used to provide the requested information. EEOC Pre-Charge Inquiry, Form 290A, issued October 2017. |

Please note: You must file a charge of job discrimination within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located where a state or local government agency enforces job discrimination laws on the same basis as the EEOC's laws. **This Pre-Charge Inquiry is not a charge.** If you would like to file a charge of discrimination immediately, contact the EEOC office on the cover letter.  We recommend that you keep a copy of your completed Pre-Charge Inquiry and the Cover Letter for your records.

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Philadelphia District Office**
801 Market St, Suite 1000
Philadelphia, PA 19107
(267) 589-9700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/16/2023

**To:** Mr. Scott M. Boyer
109 South Burnt Mill Road
VOORHEES, NJ 08043

Charge No: 530-2021-01616

EEOC Representative and email:   Legal Unit
(267) 589-9707

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

**Equal Pay** Act **(EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

**PRIVATE SUIT RIGHTS   —   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file **suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 530-2021-01616.

On behalf of the Commission,

Digitally Signed By: Karen McDonough
02/16/2023

Karen McDonough
Deputy District Director

Cc:
Neil A Rube
RAYMOUR & FLANIGAN
7248 MORGAN RD P O BOX 220
Liverpool, NY 13090

Kathryn H Merryweather
RAYMOUR & FLANIGAN
7248 MORGAN RD FIELD SUPPORT CENTER
Liverpool, NY 13090

Trista Rosen
7248 MORGAN RD P O BOX 220
Liverpool, NY 13090

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 530-2021-01616 to the District Director at Jamie Williamson, 801 Market St Suite 1000

Philadelphia, PA 19107.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

### NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

### "Actual" disability or a "record of" a disability

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- ✓ **Only one** major life activity need be substantially limited.

- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

- ✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.

- ✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

Enclosure with EEOC Notice of Closure and Rights (01/22)

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- ✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

- ✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

- ✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For more information, consult the amended regulations and appendix, as well as explanatory publications, available at* http://www.eeoc.gov/laws/types/disability_regulations.cfm.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1st - I want my job back; 2nd - I want all of my Salary with raises included from 02/18/2021 to Present Day, with 401K reinstated with all contributions included. Based on the Job I was performing before termination; 3rd - I WANT and NEED to see a Certified Mental Health Workers Compensation doctor; 4th - Damages in the amount of $1,997,500.00 (research shows, this was a recent settlement on the EEOC books from 2023) for Sexual Harassment, Discrimination Against a Person With a Disability, Hostile Work Environment, Discrimination, Retaliation and Coercion, Color, Sex, and Age.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery: and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *May 16, 2023*

Signature of Plaintiff  *Scott Marcel Boyer*

Printed Name of Plaintiff  *Scott Marcel Boyer*

8

**B.**     **For Attorneys**

Date of signing: _____ ___, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |